1  RICHARD J. PETERSEN, SBN# 41012
   PATRICIA LITTLEFIELD, SBN# 132686
2  444 North School Street
   Ukiah, California 95482
3  Telephone:  (707) 468-5184
   Fax:        (707) 462-0472
4  Email:      p.littlefield@earthlink.net

5  Attorneys for Petitioner
   Florencio Torres Rodriguez
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | FLORENCIO TORRES RODRIGUEZ,

12 |     Petitioner,
                                        No. C 07-04796 WHA
13 | v.

14 | RICHARD SUBIO,                     **PROOF OF SERVICE**

15 |     Warden, Mule Creek State Prison,
        Respondent.
16

17     I am a citizen of the United States and a resident of Marin County. I am over the

18 age of 18 years and not a party to the within above-entitled action. My business address

19 is P.O. Box 337, Bolinas, CA 94924.

20     On September 26, 2007, I served the within **ECF Registration Information**

21 **Handout, Initiating Document (PETITION FOR WRIT OF HABEAS CORPUS),**

22 **and ORDER TO SHOW CAUSE** on the interested parties in said action by causing to

23 be placed a true copy thereof enclosed in a sealed envelope with postage thereon fully

24 prepared in a U.S. Post Office box addressed to the parties as follows:

25     Rene A. Chacon                    Florencio Rodriguez, V-44470
       Office of the Attorney General    Chuckawalla Valley State Prison
26     State of California               P.O. Box 2289
       455 Golden Gate Ave, #11000       Blythe, CA 92226
27     San Francisco, CA 94102           (Petitioner)
       (Counsel for Respondent)
28

Proof of Service                                    *Rodriguez v. Subia*
                                                    Case No. C 07-04796 WHA

1 | I declare under penalty of perjury that the foregoing is true and correct and that
2 | this declaration was executed on September 26, 2007.

*Sabine Jordan*
Sabine Jordan