1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5957
     Fax:  (415) 703-1234
8    Email:  rene.chacon@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FLORENCIO TORRES RODRIGUEZ,**<br><br>                              Petitioner,<br><br>         v.<br><br>**RICHARD SUBIO,**<br><br>                              Respondent. | No. C 07-04796 WHA<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time in which to file its Answer to the Petition for Writ of Habeas Corpus.  As explained in the accompanying declaration, counsel has assembled the unsealed state record and requires time to complete review of those records in order to draft the responsive pleadings.

Petitioner is a state prisoner serving a 10-year sentence, and appears with counsel. Counsel has reported no objection to this application for an enlargement of time.

WHEREFORE, respondent respectfully request that this Court grant a 30-day enlargement of time, to and including December 24, 2007, in which to file its Answer.

///

Application for Enlargement of Time to file Answer                                                   No. C 07-04796 WHA

1

1  Dated: November 21, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8  

9  /s/ René A. Chacón

   _____

10 

11 RENÉ A. CHACÓN
   Supervising Deputy Attorney General
   Attorneys for Respondent

12 

13 40189483.wpd

14 SF2007402694

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time to file Answer                                No. C 07-04796 WHA

2

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *Florencio T. Rodriguez*                               No.:  **C 07-04796 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 21, 2007</u>, I served the attached:

    **1.  APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER;**
    **2.  DECLARATION IN SUPPORT OF APPLICATION  FOR ENLARGEMENT OF TIME TO FILE ANSWER; and 3.  (PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Florencio Rodriguez, V-4470
Chuckawall Valley State Prison
P.O. Box 2289
Blythe, CA 92226

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 21, 2007, at San Francisco, California.


| Josephine Espinosa | /s/ J. Espinosa |
|:---:|:---:|
| Declarant | Signature |

40189542.wpd