1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5957
    Fax:  (415) 703-1234
8   Email:  rene.chacon@doj.ca.gov
   Attorneys for Respondent
9

10               IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  **FLORENCIO TORRES RODRIGUEZ,**                    No. C 07-04796 WHA

15                                    Petitioner,      **DECLARATION OF COUNSEL IN**
                                                       **SUPPORT OF APPLICATION FOR**
16                        v.                           **ENLARGEMENT OF TIME TO**
                                                       **FILE ANSWER**
17  **RICHARD SUBIO,**

18                                    Respondent.

19        I, Rene A. Chacon, declare under penalty of perjury as follows:

20        I am the California Supervising  Deputy Attorney General assigned to represent

21  respondent warden in this case.  Respondent's Answer is currently due November 24, 2007.  I have

22  not previously petitioned for any enlargement of time in this case.

23        Petitioner is presently serving a 10-year sentence.  Petitioner is represented by counsel.

24  A state jury returned verdicts finding petitioner guilty of four counts of lewd and lascivious acts

25  upon a child under the age of 14, Cal. Penal Code § 288(a).  The jury returned a special finding of

26  substantial sexual conduct with respect to two counts, Cal. Penal Code § 1203.066(a)(8).

27        I request an 30-day enlargement of time to file Respondent's Answer.  In this case, I called

28  up the state record from archives and have received them.  However, I have not had time to review

1 those records and draft the responsive pleading.  I fully expect to review the record and draft the

2 responsive pleading within the next 30 days.

3          On November 21, 2007, I telephoned opposing counsel's office and reported that I would

4 seek a 30-day enlargement of time.  Counsel represented he had no objection to respondent's

5 application for an enlargement of time.

6          Accordingly, I request that the Court grant respondent to and including December 24,

7 2007, in which to file its Answer or other response to the petition.  This application is made in good

8 faith.

9          I declare under penalty of perjury of the laws of the State of California and United States

10 of America that the foregoing is true and correct.  Executed at San Francisco, California on

11 November 21, 2007.

12

13                              /s/ René A. Chacón
                              _____

14                              RENE A. CHACON
                              Supervising Deputy Attorney General

15

16

17

18    40189484.wpd
      SF2007402694

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Florencio T. Rodriguez*                              No.:  **C 07-04796 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 21, 2007</u>, I served the attached:

> **1.  APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER;**
> **2.  DECLARATION IN SUPPORT OF APPLICATION  FOR ENLARGEMENT OF TIME TO FILE ANSWER; and 3.  (PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Florencio Rodriguez, V-4470
Chuckawall Valley State Prison
P.O. Box 2289
Blythe, CA 92226

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 21, 2007, at San Francisco, California.

| Josephine Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

40189542.wpd