IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FLORENCIO TORRES RODRIGUEZ,** | No. C 07-04796 WHA |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **RICHARD SUBIO,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent shall file by December 24, 2007, an Answer to the Petition for Writ of Habeas Corpus conforming to Rule 5 of the Rules governing Section 2254 Cases in the United States District Courts. Petitioner may file a Traverse with the Court within 30 days of service of the Answer.

IT IS SO ORDERED.

Dated:  November 26, 2007.                    _____
                                              WILLIAM ALSUP
                                              United States District Judge

*IT IS SO ORDERED.  Judge William Alsup*

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Florencio T. Rodriguez*                                   No.:  **C 07-04796 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 21, 2007, I served the attached:

    **1.  APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER;**
    **2.  DECLARATION IN SUPPORT OF APPLICATION  FOR ENLARGEMENT OF TIME TO FILE ANSWER; and 3.  (PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Florencio Rodriguez, V-4470
Chuckawall Valley State Prison
P.O. Box 2289
Blythe, CA 92226

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 21, 2007, at San Francisco, California.

| Josephine Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

40189542.wpd