1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5957
     Fax:  (415) 703-1234
8    Email:  Rene.Chacon@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FLORENCIO TORRES RODRIGUEZ,**<br><br>    Petitioner,<br><br>    v.<br><br>**RICHARD SUBIO,**<br><br>    Respondent. | C 07-04796 WHA<br><br>**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |

| | |
|---|---|
| Exhibit A  (Two Volumes) | Clerk's Transcript |
| Exhibit B | Petition For Review |
| Exhibit C | Reporter's Transcript On Appeal |
| Exhibit D | Reporter's Transcript On Appeal (Augmentation Data) |
| Exhibit E  (Five Volumes) | Reporter's Transcript On Appeal |

Dated: December 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

JULIET B. HALEY
Deputy Attorney General


/s/ *René A. Chacón*
RENÉ A. CHACÓN
Supervising Deputy Attorney General
Attorneys for Respondent

RAC:eaw
40200833.wpd
SF2007402694