1  RICHARD PETERSEN, SBN 41012
   Petersen & Petersen
2  PATRICIA LITTLEFIELD, SBN 132686
   Law Office of Patricia Littlefield
3  444 North School Street
   Ukiah, CA  95482
4  Telephone:    (707) 468-5184
   Facsimile:     (707) 462-0472
5  Email:          petersenlaw@att.net

6  Attorneys for Petitioner
   Florencio Torres Rodriguez
7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 FLORENCIO TORRES RODRIGUEZ,

12       Petitioner,
                                           No. C 07-04796 WHA
13    vs.
                                           **PETITIONER'S REQUEST FOR
14 ,                                       30-DAY EXTENSION OF TIME
                                           TO FILE TRAVERSE**
15 RICHARD SUBIO,

16       Respondent.

17

18      Petitioner Florencio Torres Rodriguez, through counsel, hereby requests a 30-day

19 extension of time, to and including February 24, 2008, in which to file the traverse to the

20 Respondent Richard Subio's answer.  The traverse currently is due on January 25, 2008.

21 Counsel for Rodriguez has contacted Rene Chacon, Supervising Deputy Attorney

22 General and attorney for Subio, who has no objection to the requested 30-day extension

23 of time.  This application is based on Civil Local Rules 6-1 and 6-3, the files and records

24 in this case, and any further argument as may be required by this Court.

25      ///

26      ///

27      ///

28      ///

                                    1

<u>DECLARATION OF RICHARD PETERSEN IN SUPPORT OF REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE</u>

I, Richard Petersen, declare under penalty of perjury of the laws of the State of California and the United States of America:

I am the attorney representing Rodriguez in these proceedings.

I have been unable to devote substantial time to the preparation of the traverse in this case for the following reasons:

After the holidays and during January, I was out sick for nine work days. This has substantially hindered my progress in meeting and discussing the traverse with the associate assisting on it.

In addition, the associate assisting on this case has been interviewing for an additional position, and has been in extensive discussions with an attorney seeking co-counsel in a federal death penalty habeas corpus proceeding. I was initially not aware this would be taking place in the last four weeks. Thus, the associate has been hindered in meeting with me at times during the last four weeks when I was available.

In the last four weeks I have also been preparing for serious sentencing and other hearings in, to list a few of ten or more cases, *People v. Wise*, Mendocino County Superior Court Nos. 07-76714 and 07-77778; *People v. Joanna Cooper,* Mendocino and Lake County Superior Courts, Nos. 06-69056 and 906871, respectively; *People v. Muniz*, Lake County Superior Court No. 912248, a serious potential life-sentencing proceeding; *People v. Chirilla*, Mendocino 06-74471; *People v. Torres,* Lake County Superior Court No. 901637; *People v. Oropera*, Mendocino County Superior Court No. 07-78862.

My office contacted Rene Chacon, Supervising Deputy Attorney General and counsel for Subio, who has no objection to a 30-day extension of time to file the traverse.

Rodriguez would incur substantial harm if an adequately prepared traverse is not timely filed on his behalf, and such could not be filed at this point by January 25, 2008.

I have not requested any previous extensions of time to file the traverse or any other pleadings in this case.

1   There are no further actions scheduled by the Court in this case that would be
2   affected by granting Rodriquez a 30-day extension of time to file the traverse.
3   This application is not made for purposes of delay.
4   Executed this 24th day of January, 2008, at Ukiah, Mendocino County, California.

/s/     Richard Petersen
RICHARD PETERSEN
Attorney for Petitioner Rodriguez

CONCLUSION

For good cause shown and lack of objection by Respondent Subio to Rodriguez's request for an extension of 30 days, to and including February 24, 2008, in which to file the traverse to the return, this Court should grant the requested extension.

Dated:  January 24, 2008

Respectfully submitted,

/s/     Richard Petersen
RICHARD PETERSEN
Attorney for Petitioner Rodriguez