UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO TORRES RODRIGUEZ,<br><br>    Petitioner,<br><br>  vs.<br><br><br><br>RICHARD SUBIO,<br><br>    Respondent. | No. C 07-04796 WHA<br><br>[PROPOSED] **ORDER GRANTING PETITIONER'S REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE TRAVERSE** |

    IT IS HEREBY ORDERED, for good cause shown, that Petitioner Florencio Rodriguez's request for a 30-day extension of time to file the traverse, to and including February 24, 2008, IS GRANTED. No further extensions shall be granted.

Dated: January 25, 2008.

*[signature: Judge William Alsup — IT IS SO ORDERED]*

_____
WILLIAM H. ALSUP
United States District Judge