UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO TORRES RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD SUBIO et al,<br><br>        Defendant. | Case Number: CV07-04796 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard James Petersen
Attorney at Law
P.O. Box 1526
Ukiah, CA 95482

Dated: February 27, 2008

                                            Richard W. Wieking, Clerk
                                            By: Dawn Toland, Deputy Clerk