IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO TORRES RODRIGUEZ, | No. C 07-04796 WHA |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICHARD SUBIO, | |
| Respondent. | |

For the reasons stated in the accompanying order denying the petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE